IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
|     Plaintiff, | ) ) ) ) Case No. 2:21-cv-02843-KSM |
| v. | ) ) |
| SOLITON, INC., WALTER V. KLEMP, CHRISTOPHER CAPELLI, JONATHAN P. FOSTER, DANIKA HARRISON, BRAD HAUSER, NIQUETTE HUNT, and MICHAEL K. KAMINER, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 23, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*